IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNOPROBE S.P.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-650-JCG |
| | ) |
| FORMFACTOR, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for Plaintiff Technoprobe S.P.A. to move, answer, or otherwise respond to Defendant FormFactor, Inc.'s Counterclaims, D.I. 10, is extended through and including August 21, 2024.

| | |
|---|---|
| */s/ Andrew E. Russell* | */s/ Andrew C. Mayo* |
| Andrew E. Russell (No. 5382) | John G. Day (No. 2403) |
| SHAW KELLER LLP | Andrew C. Mayo (No. 5207) |
| I.M. Pei Building | ASHBY & GEDDES |
| 1105 North Market Street, 12th Floor | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | P.O. Box 1150 |
| (302) 298-0700 | Wilmington, DE 19899 |
| arussell@shawkeller.com | (302) 654-1888 |
| *Attorney for Plaintiff Technoprobe S.p.A.* | jday@ashbygeddes.com |
| | amayo@ashbygeddes.com |
| Dated: August 2, 2024 | *Attorneys for Defendant FormFactor, Inc.* |

SO ORDERED this _____ day of _____ 2024.

_____
United States District Judge