IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNOPROBE S.P.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-650-JCG |
| | ) |
| FORMFACTOR, INC., | ) |
| | ) |
| Defendant. | ) |

### STIPULATION TO PAUSE ACTIVITIES AND EXTEND DEADLINES

WHEREAS, the parties previously stipulated to extend the deadline to file the Joint Proposed Scheduling Order from August 30 to September 16 (D.I. 20), then from September 16 to September 20 (D.I. 26), and then from September 20 to October 4 (D.I. 28); and

WHEREAS, the parties are conducting settlement negotiations;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that, no further litigation activity will occur in this action before October 31, 2024, and the deadline to file the Joint Proposed Scheduling Order, D.I. 27, is extended through and including October 31, 2024.

| | |
|---|---|
| */s/ Andrew E. Russell* | */s/ Andrew C. Mayo* |
| Andrew E. Russell (No. 5382) | John G. Day (No. 2403) |
| SHAW KELLER LLP | Andrew C. Mayo (No. 5207) |
| I.M. Pei Building | ASHBY & GEDDES |
| 1105 North Market Street, 12th Floor | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | P.O. Box 1150 |
| (302) 298-0700 | Wilmington, DE 19899 |
| arussell@shawkeller.com | (302) 654-1888 |
| *Attorney for Plaintiff Technoprobe S.p.A.* | jday@ashbygeddes.com |
| | amayo@ashbygeddes.com |
| Dated: September 27, 2024 | *Attorneys for Defendant FormFactor, Inc.* |

SO ORDERED this _____ day of _____ 2024.

_____
The Honorable Jennifer Choe-Groves