# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TECHNOPROBE S.P.A.,**<br><br>　　Plaintiff,<br><br>v.<br><br>**FORMFACTOR, INC.,**<br><br>　　Defendant. | **Court No. 1:24-cv-00650-JCG** |

## ORDER

Upon consideration of the Parties' Stipulation to Pause Activities and Extend Deadlines (D.I. 30), and all other papers and proceedings in this action, it is hereby

**ORDERED** that the Stipulation to Pause Activities and Extend Deadlines (D.I. 30) is granted, and it is further

**ORDERED** that all deadlines in this case are stayed until October 31, 2024; and it is further

**ORDERED** that the Parties shall file their Joint Proposed Scheduling Order on or before October 31, 2024.

IT IS SO ORDERED this 30th day of September, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jennifer Choe-Groves
　　　　　　　　　　　　　　　　　　　　　　　　Jennifer Choe-Groves
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge[*]

---

[*] Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.