# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TECHNOPROBE S.P.A.,**<br><br>　　Plaintiff,<br><br>v.<br><br>**FORMFACTOR, INC.,**<br><br>　　Defendant. | **Court No. 1:24-cv-00650-JCG** |

## ORDER

Upon consideration of the Parties' Stipulation to Stay (D.I. 32), and all other papers and proceedings in this action, it is hereby

**ORDERED** that the Stipulation to Stay (D.I. 32) is granted; and it is further

**ORDERED** that all deadlines in this case are stayed until April 30, 2025; and it is further

**ORDERED** that the Parties shall file with the Court a status report on the status of their settlement efforts on or before January 24, 2025; and it is further

**ORDERED** that the Parties shall file their Joint Proposed Scheduling Order on or before the earlier of May 14, 2025 or 14 days after the stay is lifted.

IT IS SO ORDERED this 24th day of October, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Jennifer Choe-Groves
　　　　　　　　　　　　　　　　　　　　　　　　Jennifer Choe-Groves
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge[*]

---

[*] Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.