

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, N.Y. 10278-0001

CHAMBERS OF
Jennifer Choe-Groves
Judge

April 23, 2025

**Via CM/ECF**

      Re:    Technoprobe S.p.A. v. FormFactor, Inc.
             Court No. 24-00650

Dear Counsel:

    This matter was stayed on October 24, 2024 to allow the Parties to pursue settlement efforts. Order (Oct. 24, 2024) (D.I. 33). The Parties submitted a Status Report on January 24, 2025 in which you advised the Court that FormFactor provided to Technoprobe on November 27, 2024 a proposed settlement and written-license agreement. Status Report (D.I. 34). At the time of the Status Report, Technoprobe had provided no response to the settlement proposal. Id.

    The Parties committed to proving an additional joint status report within one month of the January 24, 2025 Status Report, advising of their progress in settling this case. Id. Nearly three months have passed since the last status report.

    Because more than six months have elapsed for the Parties to pursue settlement, and apparently no settlement has been achieved during the stay, the Parties are directed to provide to the Court on or before April 25, 2025 a proposed scheduling order to advance this case. The stay will be lifted when the Court issues an amended scheduling order.

    Thank you for your assistance and cooperation.

                                                  Very truly yours,

                                                /s/ Jennifer Choe-Groves
                                               Jennifer Choe-Groves, Judge

cc:    Steve Taronji
        For Docketing

        Counsel of Record