# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TECHNOPROBE S.P.A.**,<br><br>    Plaintiff,<br><br>v.<br><br>**FORMFACTOR, INC.**,<br><br>    Defendant. | **Court No. 1:24-cv-00650-JCG** |

## ORDER

Upon consideration of the Parties' Stipulated Order (D.I. 36), and all other papers and proceedings in this action, it is hereby

**ORDERED** that the Stipulated Order (D.I. 36) is granted; and it is further

**ORDERED** that the Parties shall file on or before May 14, 2025 a proposed scheduling order; and it is further

**ORDERED** that the stay will be lifted upon the entry of an amended scheduling order.

IT IS SO ORDERED this 25th day of April, 2025.

                                                                                                    /s/ Jennifer Choe-Groves
                                                                                               Jennifer Choe-Groves
                                                                                   U.S. District Court Judge[*]

---

[*] Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.